AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| CROGA INNOVATIONS LTD., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00065-JRG |
| CISCO SYSTEMS, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CROGA INNOVATIONS LTD.

Date: 02/22/2024

/s/ Drew B. Hollander
*Attorney's signature*

Drew B. Hollander (NY SBN 5378096)
*Printed name and bar number*

BC Law Group, P.C.
200 Madison Avenue, 24th Floor
New York, NY, 10016

*Address*

dhollander@bclgpc.com
*E-mail address*

(212) 951-0100
*Telephone number*

(212) 951-0330
*FAX number*

Print   Save As...   Reset