IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CROGA INNOVATIONS LTD. | § | |
| | § | |
| v. | § | CASE NO. 2:24-cv-00065-JRG |
| | § | (Lead Case) |
| CISCO SYSTEMS, INC. | § | |

| | | |
|---|---|---|
| CROGA INNOVATIONS LTD. | § | |
| | § | |
| v. | § | CASE NO. 2:24-cv-00206-JRG |
| | § | (Member Case) |
| FORTINET, INC. | § | |

| | | |
|---|---|---|
| CROGA INNOVATIONS LTD. | § | |
| | § | |
| v. | § | CASE NO. 2:24-cv-00208-JRG |
| | § | (Member Case) |
| PALO ALTO NETWORKS, INC. | § | |

**ORDER**

  Before the Court is the Joint Motion for Extension of Time to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions, to serve L.R. 3-3 and 3.4 Preliminary Invalidity Contentions, and to file the Proposed Protective Order, Initial and Additional Disclosures, Docket Control Order, and Proposed Discovery Order filed by Plaintiff Croga Innovations Ltd. ("Plaintiff") and Defendants Cisco Systems, Inc., Fortinet, Inc., and Palo

Alto Networks, Inc. ("Defendants"). (Dkt. No. 33.) In the Motion, the parties request an extension of time to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions until July 24, 2024, to serve L.R. 3-3 and 3.4 Preliminary Invalidity Contentions until July 24, 2024, to file a Proposed Protective Order and Initial and Additional Disclosures until June 28, 2024, and to file a Proposed Docket Control Order and Proposed Discovery Order until June 21, 2024. (*Id*. at 2.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline to comply with the Court's Standing Order Regarding Subject-Matter Eligibility Contentions is **extended** until July 24, 2024, that the deadline to serve L.R. 3-3 and 3.4 Preliminary Invalidity Contentions is **extended** until July 24, 2024, that the deadline to file a Proposed Protective Order and Initial and Additional Disclosures is **extended** until June 28, 2024, and that the deadline to file a Proposed Docket Control Order and Proposed Discovery Order is **extended** until June 21, 2024.

**So ORDERED and SIGNED this 12th day of June, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE