UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CROGA INNOVATIONS LTD.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00065-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| CROGA INNOVATIONS LTD.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FORTINET, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00206-JRG<br>(Member Case) |
| CROGA INNOVATIONS LTD.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00208-JRG<br>(Member Case) |

**JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER**

　　Plaintiff Croga Innovations Ltd. and Defendants Cisco Systems, Inc., Fortinet, Inc., and Palo Alto Networks, Inc., respectfully submit the attached proposed Docket Control Order for the Court's consideration and approval.

Dated: June 21, 2024             Respectfully submitted,

By: /s/ Brett E. Cooper
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
Jonathan Yim (NY SBN 5324967)
jyim@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24ʰ Floor
New York, NY 10016
Telephone: (212) 951-0100

*Attorneys for Plaintiff Croga Innovations Limited*


By: /s/ Melissa Smith
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kerri-Ann Limbeek (*pro hac vice* pending)
NY SBN 5211081
klimbeek@desmaraisllp.com
Tamir Packin (*pro hac vice* pending)
NY SBN 4546685
tpackin@desmaraisllp.com
Leslie Spencer (*pro hac vice* pending)
NY SBN 3927050
lspencer@desmaraisllp.com
Kyle Petrie (*pro hac vice* pending)
NY SBN 5527072
kpetrie@desmaraisllp.com
Ryan Thorne (*pro hac vice* pending)
NY SBN 5656954
rthorne@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue

New York, NY 10169
Telephone:  (212) 351-3400
Facsimile:  (212) 351-3401

Emily Weber (*pro hac vice* pending)
CA SBN 348798
eweber@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone:  (415) 573-1900
Facsimile:  (415) 573-1901

Ryan J. Marton (CA 223979)
ryan@martonribera.com
Hector J. Ribera (CA 221511)
hector@martonribera.com
Phillip J. Haack (CA 262060)
phaack@martonribera.com
**ARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, CA 94104

*Counsel for Defendant Cisco Systems, Inc.*


By: */s/ David Dotson*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone:  404.253.6900

Facsimile:  404.253.6901

Brianna Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone:  215.979.1000
Facsimile:  215.979.1020

*Counsel for Defendant Fortinet, Inc.*

By: */s/ Melissa Smith*
Gabrielle E. Higgins
ghiggins@desmaraisllp.com
Betty H. Chen (24056720)
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant Palo Alto Networks, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                           _/s/ Brett E. Cooper_
                                                          Brett Cooper

**CERTIFICATE OF CONFERENCE**

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h) on June 21, 2024, and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

                                                           _/s/ Brett E. Cooper_
                                                           Brett Cooper