# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CROGA INNOVATIONS LTD.,<br><br>    Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00065-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| CROGA INNOVATIONS LTD.,<br><br>    Plaintiff,<br>v.<br><br>FORTINET, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00206-JRG<br>(Member Case) |
| CROGA INNOVATIONS LTD.,<br><br>    Plaintiff,<br>v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>    Defendant. | Case No. 2:24-cv-00208-JRG<br>(Member Case) |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Plaintiff Croga Innovations Ltd. and Defendants Cisco Systems, Inc., Fortinet, Inc., Palo Alto Networks, Inc., respectfully submit the attached proposed Protective Order for the Court's consideration and approval.

Dated: June 28, 2024							Respectfully submitted,

By: /s/ Brett E. Cooper
Brett E. Cooper (NY SBN 4011011)
bcooper@bclgpc.com
Seth Hasenour (TX SBN 24059910)
shasenour@bclgpc.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bclgpc.com
Jonathan Yim (NY SBN 5324967)
jyim@bclgpc.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24$^h$ Floor
New York, NY 10016
Telephone: (212) 951-0100

***Attorneys for Plaintiff Croga Innovations Limited***


By: /s/ Kyle Petrie
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Kerri-Ann Limbeek (*pro hac vice* pending)
NY SBN 5211081
klimbeek@desmaraisllp.com
Tamir Packin (*pro hac vice* pending)
NY SBN 4546685
tpackin@desmaraisllp.com
Leslie Spencer (*pro hac vice* pending)
NY SBN 3927050
lspencer@desmaraisllp.com
Kyle Petrie (*pro hac vice* pending)
NY SBN 5527072
kpetrie@desmaraisllp.com
Ryan Thorne (*pro hac vice* pending)
NY SBN 5656954
rthorne@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone:  (212) 351-3400

Facsimile:  (212) 351-3401

Emily Weber (*pro hac vice* pending)
CA SBN 348798
eweber@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Telephone:  (415) 573-1900
Facsimile:  (415) 573-1901

Ryan J. Marton (CA 223979)
ryan@martonribera.com
Hector J. Ribera (CA 221511)
hector@martonribera.com
Phillip J. Haack (CA 262060)
phaack@martonribera.com
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market Street, Suite 36117
San Francisco, CA 94104

*Counsel for Defendant Cisco Systems, Inc.*


By: */s/ Brianna Vinci*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone:  404.253.6900
Facsimile:  404.253.6901

Brianna Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19103
Telephone:  215.979.1000
Facsimile:  215.979.1020


*Counsel for Defendant Fortinet, Inc.*


 By: */s/ Betty Chen*
Gabrielle E. Higgins
ghiggins@desmaraisllp.com
Betty H. Chen (24056720)
bchen@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Counsel for Defendant Palo Alto Networks, Inc.*

- 4 -

- 5 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

      /s/ Brett E. Cooper
Brett Cooper

## CERTIFICATE OF CONFERENCE

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h) on June 28, 2024, and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

      /s/ Brett E. Cooper
Brett Cooper