# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CROGA INNOVATIONS LTD., *Plaintiff*, v. CISCO SYSTEMS, INC., *Defendant*. | § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00065-JRG (LEAD CASE) |
| CROGA INNOVATIONS LTD., *Plaintiff*, v. FORTINET, INC., *Defendant*. | § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00206-JRG (MEMBER CASE) |
| CROGA INNOVATIONS LTD., *Plaintiff*, v. PALO ALTO NETWORKS, INC., *Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00208-JRG (MEMBER CASE) |

# **ORDER**

Before the Court is Plaintiff Croga Innovations Ltd.'s ("Plaintiff") Unopposed Motion for Leave to Amend its Infringement Contentions (the "Motion"). (Dkt. No. 54.) In the Motion, Plaintiff moves to serve amended infringement contentions that add supplementation requested by Defendant Fortinet, Inc. ("Defendant"). (*Id.*) Plaintiff contends that good cause exists to amend its contentions. (*Id.*) Defendant does not oppose the Motion. (*Id.*)

Having considered the Motion, noting that it is unopposed and shows good cause, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Plaintiff has leave to amend its infringement contentions.

**So ORDERED and SIGNED this 25th day of July, 2024.**

*/s/ Rodney Gilstrap*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE