# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CROGA INNOVATIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendants. | Case No. 2:24-cv-00065-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Fortinet, Inc., hereby notifies the Court that pursuant to the Court's First Amended Docket Control Order [Dkt. 53], it has served its Preliminary Invalidity Contentions on counsel for Plaintiff via electronic mail on August 5, 2024.

Dated: August 6, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

        Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree NE, Suite 1700
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

***Counsel for Defendant Fortinet, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of August 2024.

        /s/ Melissa R. Smith
        Melissa R. Smith