# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CROGA INNOVATIONS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendants. | Case No. 2:24-cv-00065-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Cisco Systems, Inc., hereby notifies the Court that pursuant to the Court's First Amended Docket Control Order [Dkt. 53], it has served its Preliminary Invalidity Contentions on counsel for Plaintiff via electronic mail on August 5, 2024.

Dated: August 6, 2024

Respectfully submitted,

 */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Kerri-Ann Limbeek (pro hac vice)
klimbeek@desmaraisllp.com
Tamir Packin (pro hac vice)
tpackin@desmaraisllp.com
Leslie Spencer (pro hac vice)
lspencer@desmaraisllp.com
Kyle Petrie (pro hac vice)
kpetrie@desmaraisllp.com
Ryan Thorne (pro hac vice)
rthorne@desmaraisllp.com
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 351-3400
Facsimile: (212) 351-3401

Betty H. Chen (24056720)
bchen@desmaraisllp.com
Gabrielle E. Higgins
ghiggins@desmaraisllp.com
Emily Weber (pro hac vice)
eweber@desmaraisllp.com
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA 94111
Telephone: (415) 573-1900
Facsimile: (415) 573-1901

Phillip J. Haack
phaack@martonribera.com
Ryan J. Marton
ryan@martonribera.com
Hector J. Ribera
hector@martonribera.com
MARTON RIBERA SCHUMANN
& CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2517

***Counsel for Defendant Cisco Systems, Inc.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of August, 2024 .

        /s/ Melissa R. Smith
        Melissa R. Smith