# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CROGA INNOVATIONS LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendants. | Case No. 2:24-cv-00065-JRG<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Palo Alto Networks, Inc., hereby notifies the Court that pursuant to the Court's First Amended Docket Control Order [Dkt. 53], it has served its Preliminary Invalidity Contentions on counsel for Plaintiff via electronic mail on August 5, 2024.

Dated: August 6, 2024

Respectfully submitted,

 */s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

        Betty H. Chen (24056720)
        bchen@desmaraisllp.com
        Gabrielle E. Higgins
        ghiggins@desmaraisllp.com
        Emily Weber (pro hac vice)
        eweber@desmaraisllp.com
        DESMARAIS LLP
        101 California Street, Suite 3000
        San Francisco, CA 94111
        Telephone: (415) 573-1900
        Facsimile: (415) 573-1901

        John M. Desmarais (pro hac vice)
        jdesmaraisllp@desmaraisllp.com
        Tamir Packin (pro hac vice)
        tpackin@desmaraisllp.com
        Kyle Petrie (pro hac vice)
        kpetrie@desmaraisllp.com
        DESMARAIS LLP
        230 Park Avenue
        New York, NY 10169
        Telephone: (212) 351-3400
        Facsimile: (212) 351-3401

        ***Counsel for Defendant Palo Alto Networks, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 6th day of August 2024.

        */s/ Melissa R. Smith*
        Melissa R. Smith