**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CROGA INNOVATIONS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 2:24-cv-00065-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| CROGA INNOVATIONS LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FORTINET, INC., <br><br> Defendant. | Case No. 2:24-cv-00206-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' RENEWED JOINT MOTION TO STAY PENDING *INTER PARTES* REVIEW AND *EX PARTE* REEXAMINATION PROCEEDINGS**

Before the Court is Defendants' Renewed Joint Motion to Stay Pending *Inter Partes* Review and *Ex Parte* Reexamination Proceedings. After considering the Motion and the Parties' briefing, the Court hereby **GRANTS** Defendants' Motion.

1