IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CROGA INNOVATIONS LTD. | § § § | |
| v. | § § | Case No. 2:24-cv-00065-RWS-RSP (Lead Case) |
| CISCO SYSTEMS, INC. | § § | |

### ORDER

Before the Court is Defendants' Renewed Joint[1] Motion to Stay Pending *Inter Partes* Review and *Ex Parte* Reexamination Proceedings. **Dkt. No. 126**. The Court previously denied Defendants' motion based at least in part on the stage of the case. Dkt. No. 108. Defendants argue that since the trial has been moved, the Court should reconsider its decision. The Court finds that the circumstances have not sufficiently changed for the Court to reconsider its prior decision. Accordingly, the Motion is **DENIED**.

SIGNED this 3rd day of July, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court discourages parties from titling motions as "joint" when parties on the same side of the motion agree, but opposing parties are opposed.