IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CROGA INNOVATIONS LTD., §<br>*Plaintiff* §<br> §<br>v. §<br> §<br> §<br>CISCO SYSTEMS, INC., §<br>*Defendant* §<br> §<br> § | <br><br><br><br>CASE NO. 2:24-cv-00065-RWS-RSP<br>(LEAD) |

**REPORT OF MEDIATION**

The above-captioned case was mediated via Zoom video conference by the undersigned on Wednesday, August 20, 2025, between Plaintiff and Defendant. The mediation session was suspended, but after continued discussions between the parties, and with the assistance of the undersigned, a settlement was reached.

Signed this 26th day of August 2025.

/s/ David Folsom
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas 75503
Telephone: (903) 277-7303
Email: david@folsomadr.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on August 26, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom