# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CROGA INNOVATIONS LTD. | § § § | |
| v. | § § | Case No. 2:24-cv-00065-RWS-RSP (Lead Case) |
| CISCO SYSTEMS, INC. | § § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement as to Cisco Systems, Inc. filed by Plaintiff Croga Innovations Ltd. and Defendant Cisco Systems, Inc. **Dkt. No. 147.** In the Motion, the Parties represent that they have settled all matters in controversy between them. *Id.* at 1. After consideration, and noting its joint nature, the Court **GRANTS** the Motion.

It is **ORDERED** that all deadlines in between movants are **STAYED** for 30 days to allow the Parties to file dismissal documents with the Court. This Order does not affect the deadlines between other parties.

**SIGNED this 27th day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE